**Opinion issued February 3, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00667-CV

———————————

## IN RE MATTHEW G. DILICK, EAST BISSONET LTD., EAST BISSONET GP, INC., AND FLAT STONE II LTD., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators Matthew G. Dilick, East Bissonet Ltd., East Bissonet GP, Inc., and Flat Stone II Ltd. filed a petition for writ of mandamus complaining of the trial court's denial of their Motion to File Third Party Petition and Designate Responsible Third Parties and their Motion for Severance.[1]

---

[1] The underlying case is *Cohen v. Dilick*, cause number 2010-20973, pending in the 234th District Court of Harris County, Texas, the Honorable Wesley Ward presiding.

Attorneys for real-party-in-interest Prosperity Bank, successor in interest to Community National Bank,[2] has provided the Court with a signed copy of an Agreed Mutual Notice of Non-Suit with Prejudice. Real-party-in-interest represents "all issues between the parties" have been resolved, rendering this mandamus proceeding moot.

On January 16, 2015, the Court notified the parties to this original proceeding of its intent to dismiss for lack of jurisdiction. No response has been received from the parties, and more than ten days has passed. *See* TEX. R. APP. P. 42.3. In light of the parties' settlement, this original proceeding is dismissed for lack of jurisdiction, with each party to bear their own costs.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.

---

[2] Prosperity Bank is an intervenor in the trial-court proceedings.

2